UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GATAN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NION COMPANY,<br><br>    Defendant. | Case No. 15-cv-01862-PJH<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 36 |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on **February 18, 2016, at 2:00 P.M.,** Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10.  The parties shall file a joint case management statement  no later than seven (7) days before the date of the conference.  If any party is proceeding without counsel, separate statements may be filed by each party.

**IT IS SO ORDERED.**

Dated: December 8, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge