UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GATAN, INC., <br>     Plaintiff, <br><br> v. <br><br> NION COMPANY, <br>     Defendant. | Case No. 15-cv-01862-PJH <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** <br><br> Re: Dkt. No. 71 |

The court has reviewed the parties' Stipulation and Proposed Order Requesting the Appointment of Alternate Magistrate Judge for Further Settlement. Dkt. 71. In view of the scheduling conflict and Magistrate Judge Westmore's unavailability in the next few months, the referral of this case to her for a settlement conference is WITHDRAWN. The matter is hereby REFERRED to Magistrate Judge Sallie Kim in order to conduct a settlement conference in August.

**IT IS SO ORDERED.**

Dated: July 20, 2016

_____

PHYLLIS J. HAMILTON <br>
United States District Judge